NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PROVEPHARM INC.,**
*Appellant*

**v.**

**WISTA LABORATORIES LTD.,**
*Appellee*

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2019-2372, 2019-2373

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-00182, IPR2018-00323.

---

## JUDGMENT

---

CHRISTOPHER RICCIUTI, Oblon, McClelland, Maier and Neustadt, LLP, Alexandria, VA, argued for appellant. Also represented by TIA FENTON, GRACE KIM.

NATHAN R. SPEED, Wolf, Greenfield & Sacks, PC, Boston, MA, argued for appellee. Also represented by RICHARD GIUNTA, ERIC J. RUTT, EDWARD R. GATES.

PETER JOHN SAWERT, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor. Also represented by THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MOORE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 14, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court